UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                           Plaintiff,

                                                                    DECISION AND ORDER

                                                                    03-CR-6037L

              v.

LOUIS V. ASANDROV,

                           Defendant.
_____

     By Decision and Order filed February 19, 2005, I accepted the Report and Recommendation of United States Magistrate Judge Jonathan W. Feldman in part, and modified it in part, concerning defendant's motion to strike and dismiss certain portions in the Second Superseding Indictment. Some time later, on April 1, 2005, defendant moved for reconsideration of the Court's decision and order. I have carefully considered the matters raised in defendant's motion for reconsideration, and I find no basis to reconsider the Court's prior decision and order. The matters set forth in the motion to reconsider were presented and argued previously in defendant's written submissions and at oral argument on the motion concerning objections to the Magistrate Judge's Report and Recommendation.

CONCLUSION

Therefore, defendant's motion for reconsideration (Dkt. #58) is in all respects denied. Defendant's request to review grand jury minutes, which was originally submitted to Magistrate Judge Feldman, is also denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       June 30, 2005.