UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,

                                                                <u>ORDER</u>

                                                                03-CR-6037L

                        v.

LOUIS V. ASANDROV,

                          Defendant.
_____

      Defendant's second motion for reconsideration (Dkt. #64), filed July 15, 2005, is in all respects denied.

      IT IS SO ORDERED.

                                          _____
                                            DAVID G. LARIMER
                                         United States District Judge

Dated: Rochester, New York
         August 22, 2005.